**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**NOY KEMPF,**

     **Plaintiff,**

**vs.**                             **5:04-CV-113-SPM/AK**

**JOANNE BARNHART,**
**Commissioner of the Social**
**Security Administration,**

     **Defendant.**

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**
**AND REMANDING CASE**

     **THIS CAUSE** comes before the Court upon the magistrate judge's report

and recommendation (doc. 18) dated July 21, 2005.  The parties have been

furnished a copy and have been afforded an opportunity to file objections.  No

objections were filed.

     Pursuant to Title 28, United States Code, Section 636(b)(1), I have

determined that the report and recommendation should be adopted.

     Accordingly, it is

     **ORDERED AND ADJUDGED** as follows:

     1.     The magistrate judge's report and recommendation (doc. 18) is

adopted and incorporated by reference in this order.

2.      The decision of the Commissioner denying benefits is hereby

        *reversed*.

3.      This case is *remanded* for further development including, but not

        limited to:

        a.      Plaintiff's residual functional capacity or an explanation from

                the ALJ as to why he rejects the opinion of her treating

                physician as to her RFC; and

        b.      vocational expert testimony of the existence of other jobs

                existing in the national economy that Plaintiff could perform

                with her RFC.

**DONE AND ORDERED** this <u>fifteenth</u> day of August, 2005.

                _s/ Stephan P. Mickle_

                Stephan P. Mickle
                United States District Judge

/pao